| | |
|---|---|
| 1 | **LOREN S. YOUNG, ESQ.**<br>Nevada Bar No. 7567 |
| 2 | **LINCOLN, GUSTAFSON & CERCOS, LLP**<br>*ATTORNEYS AT LAW* |
| 3 | 3960 Howard Hughes Parkway, Suite 200<br>Las Vegas, Nevada 89169 |
| 4 | Telephone: (702) 257-1997<br>Facsimile: (702) 257-2203 |
| 5 | lyoung@lgclawoffice.com |
| 6 | Attorneys for Defendants, MANDALAY CORP. (erroneously sued as |
| 7 | MANDALAY BAY HOTEL AND CASINO) and MGM RESORTS INTERNATIONAL |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DEJON DIMITRI DIXON, | | CASE NO: 2:16-cv-02951-JCM-CWH |
| Plaintiff, | | |
| v. | | **INTERIM STATUS REPORT**<br>ORDER TO CONTINUE TRIAL |
| MANDALAY BAY HOTEL AND CASINO;<br>MGM RESORTS INTERNATIONAL, and<br>DOES 1 to 20, inclusive, | | |
| Defendants. | | |

Defendants, MANDALAY CORP. and MGM RESORTS INTERNATIONAL ("Defendants"), by and through their respective counsel of record, hereby submit this Interim Status Report pursuant to United States District Court, District of Nevada, Local Rule 26-3:

As the Court is aware, Plaintiff and Defendants reached a settlement at the December 13, 2017, at the settlement conference with Magistrate Judge Carl W. Hofffman.

The Settlement Agreement and Release and the Stipulation and Order for Dismissal, With Prejudice, have been executed by all parties, both within the ten (10) day timeframe reached at the settlement conference.

The settlement check is expected to be received by Defendants' counsel on January 3, 2018, at which time it will be mailed directly to Plaintiff, within the fifteen (15) day timeframe reached at the settlement conference.

-1-

Upon Defendants' counsel's receipt of the settlement check and the mailing of the settlement check directly to Plaintiff, the Stipulation and Order for Dismissal, With Prejudice, will be filed with this Court.

Pursuant to the above, counsel for Defendants would request that the Calendar Call scheduled for January 3, 2018, at 1:30 p.m. be vacated and the Stipulation and Order to dismiss the action, with prejudice, will be filed this week to vacated the trial scheduled for January 8, 2018.

DATED this 2 day of January, 2018.

LINCOLN, GUSTAFSON & CERCOS, LLP

By_____
Loren S. Young, Esq.
Nevada Bar No. 7567
3060 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
T: 702-257-1997 – F: 702-257-2203
Attorneys for Defendants,
MANDALAY CORP. and
MGM RESORTS INTERNATIONAL

v:\a-e\dixon_mandalay\atty notes\drafts\pldgs\20180102_interimstatusreport_bjp.docx

Trial is continued to February 5, 2018, at 9:00 a.m. Calendar call is continued to January 31, 2018, at 1:30 p.m.
DATED January 3, 2018.

_____
UNITED STATES DISTRICT JUDGE

-2-