1 **LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
2 **LINCOLN, GUSTAFSON & CERCOS**
*ATTORNEYS AT LAW*
3 3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
4 Telephone: (702) 257-1997
Facsimile: (702) 257-2203
5 lyoung@lgclawoffice.com

6 Attorneys for Defendants,
MANDALAY CORP. and MGM RESORTS INTERNATIONAL
7

8

9
UNITED STATES DISTRICT COURT
10

11
DISTRICT OF NEVADA

12

| | |
|---|---|
| 13 DEJON DIMITRI DIXON, | CASE NO: 2:16-cv-02951-JCM-CWH |
| 14     Plaintiff, | |
| 15 | **STIPULATION AND ORDER FOR** |
|     v. | **DISMISSAL, WITH PREJUDICE** |
| 16 | |
| 17 | |
| 18 MANDALAY BAY HOTEL AND CASINO; MGM RESORTS INTERNATIONAL, and DOES 1 to 20, inclusive, | |
| 19 | |
| 20     Defendants. | |

21

22
      IT IS HEREBY STIPULATED by and between the Parties, Plaintiff, DEJON DIXON, on his
23
own behalf, and Defendants, MANDALAY CORP. and MGM RESORTS INTERNATIONAL, by
24
and through their attorney of record, Loren S. Young, Esq. of the law firm LINCOLN,
25
///
26
///
27
///
28

GUSTAFSON AND CERCOS, LLP, that Plaintiff's Complaint is hereby dismissed, with prejudice, with each party to bear their own attorney's fees and costs.

DATED this 19 day of December, 2017.   DATED this 19 day of December, 2017.

LINCOLN, GUSTAFSON & CERCOS, LLP

_____   _____
Dejon Dixon                  LOREN S. YOUNG, ESQ.
1531 6th St., #310           Nevada Bar No. 7567
Santa Monica, CA 90401       3960 Howard Hughes Parkway, Ste. 200
Dijon91@gmail.com            Las Vegas, NV 89169

## ORDER

IT IS SO ORDERED that Plaintiff's Complaint is hereby dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED January 4, 2018.

_____
U.S. DISTRICT COURT JUDGE

Submitted by:

LINCOLN, GUSTAFSON & CERCOS LLP

_____
LOREN S. YOUNG, ESQ.
Nevada Bar No. 7567
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Attorneys for Defendants, MANDALAY CORP.
and MGM RESORTS INTERNATIONAL

v:\a-e\dixon_mandalay\atty notes\drafts\pldgs\20171213_sodw_bjp.docx

**Dejon Dimitri Dixon v. Mandalay Bay Hotel and Casino, et al.**
**US District Court Case No. 2:16-cv-02951**

### CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of LINCOLN, GUSTAFSON & CERCOS, LLP, and that on this 3rd day of January, 2018, I did serve a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE** to be served via the CM/ECF filing system to all parties on the service list and via U. S. Mail, postage prepaid, to the following:

Dejon Dimitri Dixon
6821 8th Avenue
Los Angeles, CA 90043

_____
Barbara J. Pederson, an employee
of the law offices of
Lincoln, Gustafson & Cercos, LLP

V:\A-E\Dixon_Mandalay\POS\20180103_SODW_bjp.doc

-1-